## 25109. MOORE v. THE STATE.

BROYLES, C. J. The defendant was convicted of the larceny of one pair of overalls of the value of two dollars. The evidence tending to connect him with the offense was wholly circumstantial, and was insufficient to exclude every reasonable hypothesis save that of his guilt. It follows that the court erred in overruling the motion for a new trial.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 5, 1935.

*Hamilton McWhorter,* for plaintiff in error.
*E. P. Shull, solicitor,* contra.